FILED

2018 APR 12 AM 10: 41

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 3:18CR186 |
| Plaintiff, ) | JUDGE ZOUHARY |
| v. ) | |
| ASIF AHMED SALIM, ) SULTANE ROOME SALIM, ) | INFORMATION 18 U.S.C. § 2339C(c)(2)(B) |
| Defendants. ) | |

**COUNT ONE**
(Concealment of Financing of Terrorism)

The United States Attorney charges:

From a date unknown, but at least as early as in or about September 2011, and continuing until at least in or about January 2012, in the Northern District of Ohio, and elsewhere, defendants ASIF AHMED SALIM and SULTANE ROOME SALIM did knowingly conceal and disguise the nature, location, source, ownership and control of material support and resources, and funds, knowing that such funds were provided and collected, in violation of Title 18, United States Code, Section 2339C(a).

All in violation of Title 18, United States Code, Section 2339C(c)(2)(B).

ORIGINAL

## FORFEITURE

The United States Attorney further charges:

The allegations of Count 1 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(G) and 28 U.S.C. § 2461(c). As a result of the foregoing offense, defendant SULTANE ROOME SALIM shall forfeit to the United States all his assets, foreign or domestic; including, but not limited to, the following: $43,191.15 seized from Fifth Third Bank Checking Account Number xxxxxx7792 on or about November 23, 2015, pursuant to the execution of a federal seizure warrant.

_____
JUSTIN E. HERDMAN
UNITED STATES ATTORNEY