UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                  Case No. 3:18-cr-186

        Plaintiff,

v.                                                                              ORDER

Sultane Roome Salim,

        Defendant.

Defendant Sultane Roome Salim, proceeding *pro se*, has filed a motion seeking a judicial recommendation that he be placed into a residential re-entry program for a period of ten months, instead of the six-month placement recommended by the Federal Bureau of Prisons. (Doc. No. 83). Salim argues the six-month placement will not be sufficient to permit him to overcome obstacles related to employment, transportation, and the distance between his home residence and the nearest residential re-entry center. (*Id.* at 2-5). The government opposes Salim's motion, arguing that while I have the ability to make the recommendation Salim seeks, *see* 18 U.S.C. § 3621(b), I should decline to do so. (Doc. No. 84).

Salim's programming and treatment efforts while incarcerated are commendable, as is his performance as a tutor within the vocational technology program at FCI Cumberland, where he currently is incarcerated. (*See* Doc. No. 83 at 2-3). And I sympathize with Salim's concerns regarding the obstacles he may face upon release. But, as the government notes, the BOP has greater knowledge of Salim's conduct in the three years since he self-surrendered to BOP custody, as

well as of the resources available both at FCI Cumberland and within the residential re-entry centers. While Salim understandably desires to begin reintegrating into the community as soon as possible, I do not have sufficient pertinent information upon which to recommend a longer period of community based confinement. Therefore, I deny Salim's motion. (Doc. No. 83).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge